# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 543 - 1 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Marcus Tyms | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Marcus Tyms.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|