UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 543 |
| | ) | Judge Jeffrey Cole |
| MARCUS TYMS | ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

      Name:              MARCUS TYMS
      Date of Birth:
      Sex:
      Race:
      Prisoner #:

has been and now is, in due form and process of law, detained in the following institution:

DUPAGE COUNTY JAIL

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 18, United States Code, Section 2422(b), and is now wanted in such division and district on July 24, 2008, at 10 a.m. for an initial appearance before Magistrate Judge Jeffrey Cole, Courtroom 1838.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

      UNITED STATES MARSHAL      WARDEN
      Northern District of Illinois          DuPage County Jail
      Chicago, Illinois                     Wheaton, Illinois

FILED
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that Marcus Tyms remain in federal custody until the termination of the proceedings in Case No. 08 CR 543.

Dated: July 10, 2008

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

By: _____
      STEPHEN CHAHN LEE
      Assistant United States Attorney
      219 S. Dearborn
      5th Floor
      Chicago, Illinois 60604
      (312) 353-4127