## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 543 - 1 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Marcus Tyms | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted.   Enter Order.  Initial appearance is set for July 24, 2008 at 10:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
JUL 1 1 2008

2009 JUL 10 PH 5:39
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|