UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 543 |
| | ) | Judge Jeffrey Cole |
| MARCUS TYMS | ) | |

**ORDER**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:                MARCUS TYMS
Date of Birth:
Sex:
Race:
Prisoner #:

has been and now is, in due process of law, incarcerated in the following institution:

DUPAGE COUNTY JAIL,

and that said defendant is charged in the above-captioned case with a violation of Title 18, United States Code, Section 2422(b), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 10 a.m. on July 24, 2008, for an initial appearance before the Honorable Jeffrey Cole, Magistrate Judge, Courtroom 1838.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL          WARDEN
Northern District of Illinois           DuPage County Jail
Chicago, Illinois                   Wheaton, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
Magistrate JUDGE

DATED at Chicago, Illinois
this 10 day of July, 2008