FILED
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JULY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE SHADUR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 543 |
| v. ) | |
| ) | Violations: Title 18, United States Code, |
| MARCUS TYMS ) | Sections 2422(b), 2251(a), 2251(e), 1470, |
| ) | 2426(a) and 2260A |

MAGISTRATE JUDGE COLE

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

Beginning on or about June 23, 2007, and continuing until on or about September 25, 2007, at Carol Stream and elsewhere, in the Northern District of Illinois,

MARCUS TYMS,

defendant herein, using facilities and means of interstate and foreign commerce, namely, a cellular telephone that accessed a Canadian-based wireless communication service, did knowingly persuade, induce, and entice Victim A, a female minor who had not attained the age of 18 years, to engage in sexual activity for which a person may be charged with a criminal offense, namely, aggravated criminal sexual abuse (720 Illinois Consolidated Statute 5/12-16(d));

In violation of Title 18, United States Code, Sections §§ 2422(b) and 2426(a); and

MARCUS TYMS,

defendant herein, committed this offense while being required by state law to register as a sex offender;

In violation of Title 18, United States Code, Section 2260A.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

Beginning on or about September 23, 2007, and continuing until on or about September 24, 2007, at Carol Stream and elsewhere, in the Northern District of Illinois,

MARCUS TYMS,

defendant herein, persuaded, induced, and enticed a minor, namely, Victim A, to engage in sexually explicit conduct, namely, the lascivious exhibition of her genitals, for the purpose of producing visual depictions of such conduct, specifically, images entitled "[Victim A]3.jpg," "[Victim A]4.jpg," and "[Victim A]5.jpg," using materials that were produced, shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e); and

MARCUS TYMS,

defendant herein, committed this offense while being required by state law to register as a sex offender;

In violation of Title 18, United States Code, Section 2260A.

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 24, 2007, at Carol Stream and elsewhere, in the Northern District of Illinois,

MARCUS TYMS,

defendant herein, using a facility and means of interstate commerce, namely, a cellular telephone, did knowingly transfer obscene matter, namely, an image of an erect adult penis, to another individual who had not attained the age of 16 years, namely, Victim A, knowing that Victim A had not attained the age of 16 years;

In violation of Title 18, United States Code, Section 1470; and

MARCUS TYMS,

defendant herein, committed this offense while being required by state law to register as a sex offender;

In violation of Title 18, United States Code, Section 2260A.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

- 3 -