Minute Order Form (06/97)

08 GJ 559 LI

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE SHADUR | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 0543 | DATE | July 23, 2008 |
| CASE TITLE | US v. MARCUS TYMS | | MAGISTRATE JUDGE COLE |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Michael T. Mason_

DOCKET ENTRY:

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DEFENDANT IS CURRENTLY IN THE CUSTODY OF DUPAGE COUNTY SHERIFF. THE DEFENDANT WILL BE WRIT INTO FEDERAL CUSTODY AT TIME OF ARRAIGNMENT.

**FILED**
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE             (ONLY IF FILED
OR MAGISTRATE JUDGE             UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | DOCKET# |
| Notices mailed by judge's staff. | | | Date docketed |
| Notified counsel by telephone. | | | Docketing dpty. initials |
| Docketing to mail notices. | | | |
| Mail AO 450 form. | | | Date mailed notice |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Mailing dpty. initials |