## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 543 | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. Marcus Tyms | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/24/08. Defendant informed of his rights. Enter Order appointing J. Clifford Greene Jr. as counsel for defendant. Defendant waives his right to a detention hearing without prejudice. Defendant having been indicted, is ordered bound to the District Court pending further proceedings in the custody of the U.S. Marshals.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|