## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 543 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. Marcus Tyms | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all charges. LR 16.1 is to be completed by August 11, 2008. Defense motions are due August 22, 2008. Government's response is due September 2, 2008. A status hearing is set for September 9, 2008 at 1:15 p.m. Time is excluded from today through September 9, 2008 under 18:3161(h)(1)(I) of the Speedy Trial Act and the Tibboel case. (XE)

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SN |
|---|---|---|