```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )
                             )
v.                           )    No. 08 CR 543
                             )    Hon. Judge Shadur
MARCUS TYMS,                 )
                             )
           Defendant.        )
```

### NOTICE OF FILING

**TO: <u>AUSA Stephen Chahn Lee, 219 South Dearborn, 5th Floor, Chicago, Illinois 60604 and the attached Service List.</u>**

　　**PLEASE TAKE NOTICE** that on August 21, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 So. Dearborn Street, Chicago, Illinois 60604, the following Pretrial Motions on behalf of Defendant **MARCUS TYMS**, through the district court's ECF system, before the hour of 5:00 p.m.:

### MOTION FOR DISCOVERY
### MOTION FOR ISSUANCE AND EARLY RETURN OF SUBPOENAS

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　s/J. Clifford Greene, Jr.


### CERTIFICATE OF SERVICE

　　Under penalty of perjury under the laws of the United States of America, the undersigned hereby certifies that the attached pleadings were served in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5 and the General Order on electronic Case Filing (ECF) pursuant to the district court's ECF system as to ECF filers.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　s/J. Clifford Greene, Jr.
　　　　　　　　　　　　　　　　Attorney for Defendant

**LAW OFFICE OF**
**J.Clifford Greene, Jr.**
**53 West Jackson Blvd.**
**Suite 1304**
**Chicago, Illinois  60604**
**Tel:(312)663-1400**
**Fax:(773-890-7966**
**Email:jcliffordgreene@msn.com**