```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CR 543 |
| ) | Hon. Judge Shadur |
| MARCUS TYMS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ISSUANCE OF RULE 17 ( c ) SUBPOENAS**
**AND EARLY RETURN THEREOF**

**DEFENDANT MARCUS TYMS**, by and through his attorney, J. Clifford Greene, Jr., moves this Court for the entry of an order permitting the issuance of subpoenas for production of documents to defense counsel prior to trial. In support of this motion, defendant states as follows:

1. Rule 17 ( c ) of the Federal Rules of Criminal Procedure provides for the issuance of subpoenas to produce documentary evidence to be used at trial. Rule 17 ( c ) allows the Court to direct the production of documents prior to the trial date. Rule 17 2( c ) in pertinent part reads:

   **. . . the Court may direct that books, papers documents or objects designated in the subpoena be produced before the Court at time prior to the trial or prior to the time when they are to be offered in evidence and may, upon their production, permit the books, papers, documents or objects or portions thereof to be inspected by the parties and their attorneys**.

2.   In order to adequately prepare for trial, defendant requests this Court to enter an order permitting the issuance of subpoenas returnable directly to defendant's counsel prior to trial.

   **WHEREFORE**, for the foregoing reasons, Defendant MARCUS TYMS respectfully requests that this Court enter an order permitting the issuance of subpoenas returnable directly to defendant's counsel prior to trial.

                              Respectfully Submitted,

                              s/J. Clifford Greene, Jr.

                              Attorney For Defendant.


**LAW OFFICE OF**
**J. CLIFFORD GREENE, JR.**
**53 West Jackson Blvd.**
**Suite 1304**
**Chicago, Illinois   60604**
**Tel:(312) 663-1400**
**Fax:(773) 890-7966**
**Email: jcliffordgreene@msn.com**