UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 543 |
| vs. | ) | |
| | ) | Judge Milton I. Shadur |
| MARCUS TYMS | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the *Government's Consolidated Response to Defendant's Motions* was served on September 2, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, Local R. 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


                                           /s/ Stephen Chahn Lee
                                          STEPHEN CHAHN LEE
                                          Assistant United States Attorney

September 2, 2008